v. Murchison Ltd. v. Vanden Heuvel. v. Vanden Heuvel.   оров.